**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

SAMUEL WILLIAMS #521668          CIVIL ACTION NO. 23-1637 SEC P

VERSUS          JUDGE ELIZABETH E. FOOTE

RICHLAND PARISH DETENTION CENTER, ET AL.    MAG. JUDGE KAYLA D. MCCLUSKY

---

## ORDER

    The Court has considered the Report and Recommendation of the Magistrate Judge, notes the lack of objections filed by the Plaintiff, Samuel Williams, and concurs with the findings of the Magistrate Judge, except as noted below. In liberally construing the allegations of this pro se complaint, the Court observes that the Plaintiff may have attempted, or may be able, to allege a cause of action under the Eighth Amendment for the conditions of confinement. Accordingly, the Court will allow Williams to **AMEND** his complaint to assert this one claim. An amended complaint is due by **August 9, 2024**. The amended complaint may not allege any claim other than one for conditions of confinement.

    Otherwise agreeing with the findings of the Report and Recommendation, **IT IS ORDERED** that Plaintiff's current equal rights claim and his request to transfer to a new facility [see Record Document 1] are **DISMISSED WITH PREJUDICE**.

    If Williams does not amend his complaint by the August 9 deadline, the Clerk of Court is directed to close this case.

    **THUS DONE AND SIGNED** this 28th day of June, 2024.

                                          _____
                                          ELIZABETH ERNY FOOTE
                                          UNITED STATES DISTRICT JUDGE